UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 16-6417-MWF(FFMx)**                                Dated: **June 1, 2017**

Title:       Stuart Farber, etc., et al. -*v*- JPMorgan Chase Bank, NA

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                          None Present
    Relief Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                         None Present

PROCEEDINGS (IN CHAMBERS):       ORDER TO SHOW CAUSE

    In light of the Notice of Settlement filed May 31, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **July 3, 2017, at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                          Initials of Deputy Clerk  __cw__
CIVIL - GEN

-1-